# SEYFARTH SHAW
ATTORNEYS

620 Eighth Avenue
New York, New York 10018
(212) 218-5500
fax (212) 218-5526
www.seyfarth.com

Writer's direct phone
(212) 218-5611

Writer's e-mail
ecerasia@seyfarth.com

*[Stamp: USDC / DOCUMENT / ELECTRONICALLY FILED / DOC #: ___ / DATE FILED: 8/2/2011]*

**MEMO ENDORSED**

*Application granted*
*So Ordered*
*Cathy Seibel*
*Cathy Seibel, U.S.D.J.*
*Dated: 7/28/11*

July 27, 2011

<u>**VIA FACSIMILE 914-390-4278**</u>

The Honorable Cathy Seibel
United Stated District Judge
United States District Court for the Southern District of New York
300 Quarropas Street
White Plains, New York 10601-4150

    Re:    <u>Sanjae Russell v. S & S Credit Co., Inc. and
The Stop & Shop Supermarket Company, LLC, 11-CV-5031 (CS-LMS)</u>

Dear Judge Seibel:

    We represent defendants S & S Credit Co., Inc. and The Stop & Shop Supermarket Company, LLC (collectively, the "Defendants") in the above-referenced case. In accordance with Your Honor's Individual Practices, we respectfully write to request that the Court extend Defendants' time to respond to the Complaint from July 28, 2011, up to and including August 11, 2011. Plaintiff's counsel has consented to this request, which is Defendants' first request for an extension.

    Thank you for Your Honor's consideration of this request.

                            Respectfully submitted,

                            SEYFARTH SHAW LLP

                            *Edward Cerasia II*
                            Edward Cerasia II

cc:    Stewart Lee Karlin, Esq. (by facsimile to 212-732-4443)