UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------
RUSSELL                                    Docket Number: 11 CV 5031 (RMB)

      -against-                           NOTICE OF REASSIGNMENT

S&S CREDIT CO.
-------------------------------------------------------

      The above-entitled action is:

[ X ]Reassigned to the Hon. RICHARD M. BERMAN (RMB)
    [  ] Designated / [ X ] Redesignated Hon. HENRY B. PITMAN (HBP),
Magistrate Judge

[   ] Reassigned Referral to Hon.                    ,Magistrate Judge

[   ] Reassigned Designation to Hon.                 ,Magistrate Judge

All further documents submitted in this action must bear the Judge's initials after the docket number

The attorney(s) for the plaintiff(s), or pro se plaintiff (s), is directed to serve a copy of this Notice of Reassignment on all defendants.

                                                                       Ruby J. Krajick
                                                                       Clerk of Court

Dated: 08/02/2011                          By:    PHYLLIS ADAMIK
                                                                                  Deputy Clerk