

**Gregg M. Kligman, Esq.**
gkligman@kdvglaw.com

RECEIVED
AUG 30 2011
CHAMBERS OF
RICHARD M. BERMAN
U.S.D.J.

**KAUFMAN DOLOWICH VOLUCK & GONZO LLP**

ATTORNEYS AT LAW

135 CROSSWAYS PARK DRIVE, SUITE 201
WOODBURY, NEW YORK 11797
PHONE: 516.681.1100
FAX: 516.681.1101
WWW.KDVGLAW.COM

August 30, 2011

**VIA FACSIMILE ONLY**
**UPON PERMISSION OF THE COURT**
(212) 805-6717
Hon. Richard M. Berman
United States District Judge
United States District Court
Southern District of New York
Courtroom 21B
500 Pearl Street
New York, NY  10007

> Conference adjourned
> to 9/22/11 @ 9:00 a.m.
>
> SO ORDERED:
> Date: 8/30/11
> Richard M. Berman, U.S.D.J.

Re:   *Adlam, et al v. Richard J. Boudreau & Associates, LLC*
Case No.:   11- Civ 03842(RMB)

Dear Judge Berman:

This office represents the Defendant in the above-referenced matter.

Pursuant to Your Honor's Individual Practices, we respectfully submit this letter seeking a 20 to 30 day adjournment of the Court conference currently scheduled for Thursday, September 1, 2011. We request the adjournment because the parties are currently engaged in settlement discussions and, since this is a fee-shifting case, we believe that an adjournment of the conference will prove beneficial in allowing the parties to reach a final resolution.

This is the first request for an adjournment of the conference and the Plaintiffs' attorney consents to the adjournment. Thank you for your time and courtesies.

**MEMO ENDORSED**

Respectfully submitted,

Gregg M. Kligman, Esq.

cc:   Novlette Rosemarie Kidd, Esq. (Via Facsimile 212-268-2127)

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/30/11

ND: 4812-9596-4170, v. 1

NEW YORK  |  PENNSYLVANIA  |  SAN FRANCISCO  |  NEW JERSEY  |  LOS ANGELES  |  FLORIDA