```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED:  9/19/11
```

UNITED STATES DISTRICT COURT
SOUTHER DISTRICT OF FLORIDA
------------------------------------------------------------X
SANJAE RUSSELL,
     Plaintiff,

 -against-

S &S CREDIT CO., INC. and THE STOP &
SHOP SUPERMARKET COMPANY, LLC,
     Defendant.
------------------------------------------------------------X

**CASE MANAGEMENT PLAN**
**CASE NO.: 11 CIV 5031(RMB)**

  The following Case Management Plan is entered after consultation with the parties. This Plan is also a Rule 16 and Rule 26(f) scheduling order as required by the Federal Rules of Civil Procedure.

(i)  Joinder of additional parties by:  November 15, 2011

(ii)  Amended Pleadings by:  November 15, 2011

(iii)  All discovery to be expeditionary completed by:  ~~April 30, 2011~~ 1/17/12 *RMB*

(iv)  Consent to Proceed before Magistrate Judge:  Not at this time

(v)  Status of settlement discussion:  The parties will be exploring settlement at the court ordered mediation on September 30, 2011. *1/17/12 @ 9:00 with principals*

**Sections vi through xi will be set at conference with the Court.**

(vi)  Motions *by letter by Oct 10; Response by letter by Oct 17; reply by 10/24*

(vii)  Oral Argument *On Submission*

(viii)  Joint Pre-Trial Order to be submitted by: _____

(ix)  Final Pre-Trial Order to be submitted by: _____

(x)  Trial _____

(xi)  Other *Mediation on Sept 30th..*

**SO ORDERED:**  New York, New York
         9/19/11

               *RMB*
              U.S. DISTRICT JUDGE