# SEYFARTH SHAW LLP
ATTORNEYS

**MEMO ENDORSED**

620 Eighth Avenue
New York, New York 10018
(212) 218-5500
fax (212) 218-5526
www.seyfarth.com

Writer's direct phone
(212) 218-5611

Writer's e-mail
aianni@seyfarth.com



RICHARD M. BERMAN
U.S.D.J.

Application granted.

October 25, 2011

**VIA HAND DELIVERY**

The Honorable Richard M. Berman
United States District Court for the Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street, Room 21B
New York, New York 10007-1312

SO ORDERED:
Date: 10/26/11

Richard M. Berman, U.S.D.J.

Re: Sanjae Russell v. S & S Credit Co., Inc. and
The Stop & Shop Supermarket Company LLC, 11-CV-5031 (RMB-HBP)

Dear Judge Berman:

We represent defendants S & S Credit Co., Inc. and The Stop & Shop Supermarket Company LLC (collectively, the "Defendants") in the above-referenced case, and respectfully write to request that the Court postpone the parties' Court-ordered mediation session.

The mediation session was previously scheduled for September 30, 2011, but was cancelled at the last minute by the mediator. Since that time, plaintiff Sanjae Russell ("Russell") filed his motion to remand, which is currently pending before the Court. The parties have also since engaged in settlement discussions, during which it became clear that Russell's $90,000 settlement demand was far in excess of what Defendants would be willing to pay to settle the case. Thus, although Defendants strongly believe that Russell's remand motion should be denied, because the case may ultimately be remanded to state court and the mediation session is unlikely to be fruitful at this time, Defendants respectfully request that the Court postpone the Court-ordered mediation until it rules on the pending motion to remand.

Thank you for Your Honor's consideration of this request

Respectfully submitted,

SEYFARTH SHAW LLP

Allison E. Ianni

cc: Edward Cerasia II
Stewart Lee Karlin, Esq.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 10/26/11

BRUSSELS  WASHINGTON, D.C.  SAN FRANCISCO  SACRAMENTO  NEW YORK  LOS ANGELES  HOUSTON  CHICAGO  BOSTON  ATLANTA

THIS LETTERHEAD IS PRINTED ON RECYCLED STOCK