# SEYFARTH SHAW
ATTORNEYS LLP

**MEMO ENDORSED**

Writer's direct phone
(212) 218-5611

Writer's e-mail
aianni@seyfarth.com

620 Eighth Avenue
New York, New York 10018
(212) 218-5500
fax (212) 218-5526
www.seyfarth.com

> The settlement conference on 1/17/12 is vacated.
>
> SO ORDERED:
> Date: 1/12/12
> Richard M. Berman
> Richard M. Berman, U.S.D.J.

January 11, 2012

**VIA FEDERAL EXPRESS**

The Honorable Richard M. Berman
United States District Court for the Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street, Room 21B
New York, New York 10007-1312

> Re: Sanjae Russell v. S & S Credit Co., Inc. and
> The Stop & Shop Supermarket Company LLC, 11-CV-5031 (RMB-HBP)

Dear Judge Berman:

We represent defendants S & S Credit Co., Inc. and The Stop & Shop Supermarket Company LLC (collectively, the "Defendants") in the above-referenced case, and respectfully write, with the consent of counsel for plaintiff Sanjae Russell ("Russell"), to request that the settlement conference currently scheduled for January 17, 2012 at 9:00 a.m. be cancelled. This is the parties' first request for an adjournment.

The parties have engaged in settlement discussions, and based on those conversations, it appears that a settlement conference is unlikely to be fruitful at this time. In addition, the parties note that Russell's motion to remand is currently pending before this Court. If the Court denies Russell's motion to remand, then the parties still need to participate in Court-ordered mediation, which Your Honor has stayed pending a resolution of the motion to remand. Accordingly, the parties respectfully request that the Court cancel the January 17, 2012 settlement conference.

Thank you for Your Honor's consideration of this request

Respectfully submitted,

SEYFARTH SHAW LLP

Allison E. Ianni

cc: Edward Cerasia II
Stewart Lee Karlin, Esq. (by email)

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 1/12/12

THIS LETTERHEAD IS PRINTED ON RECYCLED STOCK

BRUSSELS  WASHINGTON, D.C.  SAN FRANCISCO  SACRAMENTO  NEW YORK  LOS ANGELES  HOUSTON  CHICAGO  BOSTON  ATLANTA