# (CIVIL) MEMORANDUM TO DOCKET CLERK

This form shall be returned to the docketing section, upon completion of a Hearing or Trial, or on the last day of the Calendar Month, when the action is <u>continued to the following month. Should the Hearing or Trial continue for two or more weeks, this form should be submitted on a weekly basis.</u>

**BEFORE: <u>Richard M. Berman, U.S.D.J.</u>**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------X
Sanjae Russell,
                    Plaintiff(s)

                                    Docket No. <u>11</u> CIV. <u>5031</u> (RMB)
    -v-

                                    In consolidated cases, all docket nos. are to be shown. _____

_____
S&S Credit Co., Inc.,
                    Defendant(s)

----------------------------------------------------------------X   CONTESTED ISSUE [X]YES   [ ]NO

## Select the type of Hearing or Trial.

| | | |
|---|---|---|
| [ ]Arbitration Hearing | [ ]Hearing Out of Jury Presence | [ ]Pre-Motion Conference |
| [ ]Argument on Bankruptcy Appeal | [ ]In Camera Hearing | [ ]Remand Hearing |
| [ ]Attorney Appointment Hearing | [ ]In Chambers Conference | [ ]Removal Hearing |
| [ ]Bench Trial | [ ]Initial Conference | [ ]Scheduling Conference |
| [ ]Case Management Conference | [ ]Initial Pretrial Conference | [ ]Settlement Conference |
| [ ]Confirmation Hearing | [ ]Inquest Hearing | [ ]Show Cause Hearing |
| [ ]Contempt Hearing | [ ]Interim Pretrial Conference | |
| [x]Status Conference | | |
| [ ]Default Hearing | [ ]Judgment Debtor Exam | [ ]Summary Jury Trial |
| [ ]Discovery Hearing | [ ]Jury Selection | [ ]Telephone Conference |
| [ ]Early Neutral Evaluation | [ ]Jury Trial | [ ]Trial Ready Hearing |
| [ ]Evidentiary Hearing | [ ]Mediation Conference | [ ]Voir Dire |
| [ ]Final Pretrial Conference | [ ]Motion Hearing | [ ]Writ Hearing |
| [ ]Forfeiture Hearing | [ ]Omnibus Hearing | [ ]Other (Please Specify) |
| [ ]Hearing In-Aid-Of Judgment | []Oral Argument | |

## Select the action.
[ ]Began  [x]Held  [ ]Continued  [ ]Completed  [ ]Scheduled for_____

Date <u>2/23/12</u>   Time ___[]am []pm Duration: (Hr.) _____ (Min.) <u>3</u>
<u>Conference held. The parties are re-referred to mediation. Status conference on 4/12/12 at 10:00 a.m.</u>

                Submitted by:<u>   Luna Ngan   </u>
                        Deputy Clerk