```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 3/16/12
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
SANJAE RUSSELL,

                       Plaintiff,

          - against -

S&S CREDIT CO., INC., et al.,

                       Defendants.
------------------------------------------------------------x

11 Civ. 5031 (RMB)

**ORDER OF DISCONTINUANCE**

Based upon the Report of the Mediator to the Clerk of Court, filed March 15, 2012, indicating that the "court-ordered mediation . . . produced a stipulation settling all of the issues in this case," it is hereby

**ORDERED**, that the status conference scheduled for April 12, 2012 is vacated; and it is further

**ORDERED**, that the above-entitled action be, and the same hereby is, discontinued.

Dated: New York, New York
        March 16, 2012

                                                  */s/ Richard M. Berman*
                                                  RICHARD M. BERMAN, U.S.D.J.